Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED 2025 SEP 29 AM 11:23 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 2:25-mj-05986-DUTY |
|---|---|---|
| JESSICA ELIZABETH TRAPP USMS# | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on September 25, 2025 at 1:09  ☐ AM ☒ PM
   or
   The defendant was arrested in the Central District of California on 09/25/2025 at 1:09  ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:

   18 USC 111 (Assault on a federal officer)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: SA Andrew X. Urbaez   (please print)

12. Office Phone Number: 646-740-9957

13. Agency: DHS Federal Protective Service

14. Signature: /s/ Andrew X. Urbaez

15. Date: 9/29/25

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION