Gabriela Rivera, Bar No. 285635
Deputy Federal Public Defender
321 East 2nd St., Los Angeles, CA 90012
Email: gabriela_rivera@fd.org
Tel: 213-894-5372; Fax: 213-894-0081

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-mj-05986-DUTY |
| v. | |
| JESSICA ELIZABETH TRAPP, | **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
| DEFENDANT. | |

I, JESSICA ELIZABETH TRAPP _____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☒ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. *(expired)*

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____29____ day of ____September____, 2025 ____
at Los Angeles _____
*(City and State)*

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____      _____
Interpreter

CR-37 (05/15)      DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS