# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | 2:25-cr-00851-CV | | Date | April 23, 2026 |
|---|---|---|---|---|

| Present: The Honorable | CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Jessica Cortes | ECRO | Jun Nam and Frances Lewis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jessica Elizabeth Trapp | X | X | | Gabriela Rivera, DFPD | X | X | |
| | | | | Jimmy Threatt, DFPD | X | X | |

_____ Day COURT TRIAL       3   Day JURY TRIAL       _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1ˢᵗ day);   X   Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

X   Witnesses called, sworn and testified.

X   Exhibits identified       X   Exhibits admitted

_____ Government rests.   X   Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted   X   denied _____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Clerk  reviewed  admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused   _____ Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:   _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s) _____   _____ Not Guilty on count(s) _____

_____ Jury polled   _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   _____ Remand/Release# _____ issd.   _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

| CR-78 (10/08) | **CRIMINAL MINUTES - TRIAL** | Page 1 of 2 |
|---|---|---|

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

X     Case continued to     April 24, 2026 at 8:00 am     for further trial/further jury deliberation.

_____     Other:

     4     :     50

Initials of Deputy Clerk     JC