# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | 2:25-cr-00851-CV | | Date | April 24, 2026 |
|---|---|---|---|---|

Present: The Honorable    CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE

Interpreter    N/A

| Jessica Cortes | ECRO | Jun Nam and Frances Lewis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jessica Elizabeth Trapp | X | X | | Gabriela Rivera, DFPD Jimmy Threatt, DFPD | X | X | |

____ Day COURT TRIAL            4 Day JURY TRIAL            ____ Death Penalty Phase

____ One day trial; ____ Begun (1st day); ____ Held & continued; X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified            ____ Exhibits admitted

____ Government rests.            Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted X denied ____ submitted

X Closing arguments made    X Court instructs jury        X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused    X Jury retires to deliberate        ____ Jury resumes deliberations

____ Finding by Court as follows:        X Jury Verdict as follows:

Dft # ____    Guilty on count(s) _____    X Not Guilty on count(s)    1

X Jury polled            ____ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    Remand/Release# _____ issd.    Dft # ____ released from custody.

X Bond exonerated as to Dft #    1

CR-78 (10/08)                CRIMINAL MINUTES - TRIAL                Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

____ Case continued to _____ for further trial/further jury deliberation.

____ Other:

3 : 21

Initials of Deputy Clerk    JC