UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Date: 4/24/2026

Time: 2:30

Case No.:    CR 25-00851-CV

Case Title:   United States of America v. Jessica Elizabeth Trapp

JURY NOTE NUMBER ____1____

✓            THE JURY HAS REACHED A UNANIMOUS VERDICT

_____        THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

DATE:  4/24/2026      SIGNED:

FOREPERSON OF THE JURY