

FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JESSICA TRAPP,<br><br>　　　　Defendant. | No. 2:25-CR-00851-CV<br><br>V E R D I C T |

**QUESTION ONE**

1. We, the Jury in the above-captioned case, unanimously find the defendant JESSICA TRAPP (*check one*):

_____X_____ NOT GUILTY

_____ GUILTY

of the offense of assaulting a federal officer, as charged in the Indictment.

**If your answer is Guilty, you must also answer Question 2. If your answer is Not Guilty, do not answer Question 2.**

**QUESTION TWO**

2. Having found defendant JESSICA TRAPP guilty of assaulting a federal officer, we further unanimously find that the defendant's assault on a federal officer resulted in bodily injury, as charged in the Indictment (*check one*):

_____ YES

_____ NO



                    FOREPERSON OF THE JURY

DATED: April 24 , 2026 in Los Angeles, California

1